No. 99–1118.  PATEL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–1119.  PATTERSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–1120.  BHUTANI ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–1121.  LUNA *v.* COUNTY OF SAN BERNARDINO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–1126.  GUZMAN *v.* TEXAS.  Ct. App. Tex., 4th Dist.  Certiorari denied.

No. 99–1127.  EASTMAN KODAK CO. *v.* THOMAS.  C. A. 1st Cir.  Certiorari denied.

No. 99–1128.  TOMEO *v.* HONEYWELL INTERNATIONAL, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–1138.  ROSENBAUM *v.* ROSENBAUM.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 99–1139.  MOORE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–1145.  ROOT *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 99–1147.  KNICKERBOCKER *v.* OVAKO-AJAX, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–1150.  ALEXANDER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–1154.  FORD ET UX. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–1155.  BICAKSIZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–1157.  AMOIA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–1164.  RAVEN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.